IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANET R. JOHNSON, | ) | 8:10CV386 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| PATRICK R. DONAHOE, | ) | |
| Postmaster General, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's Memorandum and Order entered on this date granting summary judgment in favor of Defendant, judgment is entered in favor of Defendant Patrick R. Donahoe, Postmaster General, and against Plaintiff Janet R. Johnson, providing that Plaintiff shall take nothing and this case is dismissed without prejudice as to all claims.

DATED this 22nd day of September, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge